# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MATT D. WATKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **8:15CV371** |
| ) | |
| **OTOE COUNTY, NEBRASKA, a** ) | **ORDER** |
| **political subdivision of the State of** ) | |
| **Nebraska,** ) | |
| ) | |
| **Defendant.** ) | |

This matter comes before the Court on the Joint Motion to Extend Deadlines (Filing No. 24). The parties advised the Court that they have scheduled mediation for April 26, 2017, and therefore request to continue the Final Pretrial Conference scheduled for April 17, 2017, and the jury trial set to commence May 16, 2017. Additionally, the parties seek an extension of the deposition deadline to complete one deposition. For good cause shown, the Court finds the motion should be granted. Accordingly,

1. The Joint Motion to Extend Deadlines (Filing No. 24) is granted.
2. The deposition deadline is extended to April 20, 2017;
3. The Final Pretrial Conference and Trial are canceled and will be rescheduled, if necessary, by further order of the Court; and
4. The parties shall advise the Court of the outcome of mediation on or before May 1, 2017.

**DATED: March 16, 2017.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**