# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

MATT D. WATKINS,

        Plaintiff,

vs.

OTOE COUNTY, NEBRASKA, a political subdivision of the State of Nebraska;

        Defendant.

**8:15CV371**

**ORDER**

Upon notice of settlement given to the undersigned magistrate judge by Terry White, counsel for Plaintiff, and Matthew Reilly, counsel for Defendant.

**IT IS ORDERED:**

1. On or before **September 20, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 21st day of August, 2017.

        BY THE COURT:

        s/ Michael D. Nelson
        United States Magistrate Judge